No. 375. W. A. FROST, DOING BUSINESS UNDER THE NAME OF MITCHELL GIN COMPANY *v.* CORPORATION COMMISSION OF OKLAHOMA, FRED CAPHAW, ET AL., ETC.  Appeal from the District Court of the United States for the Western District of Oklahoma.   Argued April 26, 27, 1927.  Decided May 2, 1927.  *Per Curiam.*  Affirmed on the authority of *Chicago Great Western Railway Co.* v. *Kendall,* 266 U. S. 94, 100.  *Messrs. Robert M. Rainey* and *Streeter B. Flynn,* with whom *Mr. George M. Green* was on the brief, for appellant.  *Mr. E. S. Ratliff,* with whom *Mr. Edwin B. Dabney* was on the brief, for appellees.

---

No. 794. WILL NORRIS *v.* STATE OF LOUISIANA.   Error to the Supreme Court of the State of Louisiana.  Submitted April 27, 1927.  Decided May 2, 1927.  *Per Curiam.*  Dismissed on the authority of (1) *Hebert* v. *Louisiana,* 272 U. S. 312, and (2) *Farrell* v. *O'Brien,* 199 U. S. 89, 100; *Toop* v. *Ulysses Land Co.,* 237 U. S. 580, 583; *Piedmont Power & Light Co.* v. *Town of Graham,* 253 U. S. 193, 195; *Seaboard Air Line* v. *Padgett,* 236 U. S. 668, 671.  *Messrs. George W. Smith* and *A. Owsley Stanley* for plaintiff in error.  *Messrs. E. R. Schowalter* and *M. M. Irwin* for defendant in error.